UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMAIMA YABAKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>　　　　　Defendant. | Case No. 24-cv-01779-AMO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 16 |

　　　　The Court has reviewed Magistrate Judge Laurel Beeler's Report and Recommendation Re: Dismissal.  On October 3, 2024, Plaintiff Timaima Yabaki filed a letter, which the Court construes as an objection to the Report.  ECF 18.  The objection does not identify any portion of the Report to which Yabaki objects and instead merely objects to the reassignment of the case.  *Id.*  The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect.  Accordingly, the Court **DISMISSES the case with prejudice**.

　　　　**IT IS SO ORDERED.**

Dated: October 8, 2024

_____

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**