UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMAIMA YABAKI,<br><br>              Plaintiff,<br><br>     v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>              Defendant. | Case No.24-cv-01779-AMO<br><br>**JUDGMENT** |

On October 8, 2024, the Court adopted Judge Laurel Beeler's Report & Recommendation re: Dismissal and dismissed the case with prejudice. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 8, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**